```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                 :
UNITED STATES OF AMERICA         :
                                 :
          - v. -                 :
                                 :
TAHIR ALI KHAN,                  :     S1 07 Cr. 711 (LAP)
     a/k/a "Waheed Khan,"        :
     a/k/a "Ali,"                :
     a/k/a "Haji,"               :
     a/k/a "Shan,"               :
FAYYAZ AHMED,                    :
ARIE BENSHIMON,                  :
     a/k/a "the Jew,"            :
     a/k/a "Jewish Guy,"         :
NAVEED ALI BHINDAR,              :
     a/k/a "Sheikh,"             :
SYED HASSAN,                     :
MUHAMMAD ISHAQ,                  :
     a/k/a "Saqa,"               :
BASHARAT JARRAL,                 :
     a/k/a "Alex,"               :
NADEEM KHAN,                     :
GHULAM MEHMOOD,                  :
     a/k/a "Mama,"               :
     a/k/a "Zafar,"              :
SHAHEEN MUKHTAR,                 :
     a/k/a "Nick,"               :
QAISER QURESHI,                  :
     a/k/a "Auntie,"             :
FRANKLIN RODRIGUEZ,              :
     a/k/a "Spanish Guy,"        :
     a/k/a "Chancey,"            :
SYED SHAH,                       :
     a/k/a "Charsi,"             :
     a/k/a "Chotu,"              :
     a/k/a "Joji,"               :
OSCAR SANCHEZ,                   :
     a/k/a "Charsi,"             :
     a/k/a "Bank of America,"    :
PRADIPT SHARMA,                  :
     a/k/a "the CitiBank         :
     guy,"                       :
                                 :
               Defendant.        :
- - - - - - - - - - - - - - - - x
```

**ORIGINAL**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
AUG 15 2007

          WHEREAS, the above-captioned indictment was returned on

August 13, 2007 and, upon application of the government, ordered to be filed under seal; and

    WHEREAS the Government has requested that the above-captioned indictment be unsealed;

    IT IS HEREBY ORDERED, that, the indictment docketed as S1 07 Cr. 711 be unsealed.

Dated: New York, New York
       August 15, 2007

SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK

HON. ANDREW J. PECK
United States Magistrate Judge
Southern District of New York