# United States District Court

| | DISTRICT<br>SOUTHERN DISTRICT OF NEW YORK | |
|---|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TAHIR ALI KHAN, a/k/a "Waheed Khan," a/k/a "Ali," a/k/a "Haji," a/k/a "Shan" | DOCKET NO.<br><br>S1 07 Cr. 711 | MAGISTRATE'S CASE NO. |
| | NAME AND ADDRESS OF INDIVIDUAL TO BE ARRESTED<br><br>TAHIR ALI KHAN, a/k/a "Waheed Khan," a/k/a "Ali," a/k/a "Haji," a/k/a "Shan" | |
| WARRANT ISSUED ON THE BASIS OF: ☐ Order of Court<br>X Indictment ☐ Information ☐ Complaint | | |
| | DISTRICT OF ARREST<br>Southern District of New York | |
| TO:<br>ANY AUTHORIZED FEDERAL LAW ENFORCEMENT OFFICER | CITY<br>New York, NY | |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the United States District Court to answer to the charge(s) listed below.

### DESCRIPTION OF CHARGES

Identity Document Fraud, Credit Card Fraud, Bank Fraud, Wire Fraud, Money Laundering, Transportation of Stolen Vehicles, Possession and Sale of Stolen Vehicles, Immigration Document Fraud, Conspiracy

| IN VIOLATION OF | UNITED STATES CODE TITLE<br>18 | SECTION<br>1028, 1028A, 1029, 1349, 1343, 1344, 1956, 371, 2312, 2313, 1546, 2 |
|---|---|---|
| ORDERED BY<br>HON. ~~HENRY B. PITMAN~~<br>ANDREW J. PECK<br>UNITED STATES MAGISTRATE JUDGE<br>SOUTHERN DISTRICT OF NEW YORK | OTHER CONDITIONS OF RELEASE<br><br>SIGNATURE (FEDERAL JUDGE/U.S. MAGISTRATE) | DATE ORDERED<br>AUG 1 3 2007 |
| CLERK OF COURT<br>J. MICHAEL MCMAHON | (BY) DEPUTY CLERK | DATE ISSUED |

### RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED 08/14/2007<br>DATE EXECUTED 08/15/2007 | NAME AND TITLE OF ARRESTING OFFICER<br>STEPHEN B. MESSINGER<br>FBI, SSA | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|

Note: The arresting officer is directed to serve the attached copy of the charge on the defendant at the time this warrant is executed

See attached

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 1 5 2007