ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - x
                           :

UNITED STATES OF AMERICA     :

         - v. -            :

TAHIR ALI KHAN,             :       07 Cr. 711 (LAP)
      a/k/a "Waheed Khan,"  :
      a/k/a "Ali,"         :
      a/k/a "Haji,"       :
      a/k/a "Shan,"       :
FAYYAZ AHMED,             :
ARIE BENSHIMON,          :
      a/k/a "the Jew,"     :
      a/k/a "Jewish Guy,"  :
NAVEED ALI BHINDAR,      :
      a/k/a "Sheikh,"     :
SYED HASSAN,              :
MUHAMMAD ISHAQ,          :
      a/k/a "Saqa,"        :
BASHARAT JARRAL,         :
      a/k/a "Alex,"        :
NADEEM KHAN,             :
GHULAM MEHMOOD,          :
      a/k/a "Mama,"        :
      a/k/a "Zafar,"       :
SHAHEEN MUKHTAR,        :
      a/k/a "Nick,"        :
QAISER QURESHI,          :
      a/k/a "Auntie,"     :
FRANKLIN RODRIGUEZ,      :
      a/k/a "Spanish Guy,"  :
      a/k/a "Chancey,"     :
SYED SHAH,               :
      a/k/a "Charsi,"      :
      a/k/a "Chotu,"       :
      a/k/a "Joji,"        :
OSCAR SANCHEZ,          :
      a/k/a "Charsi,"      :
      a/k/a "Bank of America," :
MUHAMMAD SHARIF,        :
      a/k/a "Malik,"       :
PRADIPT SHARMA,          :
      a/k/a "the CitiBank    :
guy,"                         :

                Defendants.

- - - - - - - - - - - - - - - x



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: AUG 2 7 2007

WHEREAS, the above-captioned indictment was returned on August 1, 2007 and, upon application of the government, ordered to be filed under seal; and

WHEREAS the Government has requested that the above-captioned indictment be unsealed;

IT IS HEREBY ORDERED, that, the indictment docketed as 07 Cr. 711 (LAP) be unsealed.


Dated: New York, New York
       August 27, 2007

SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK

**Debra Freeman**
**United States Magistrate Judge**
**Southern District of New York**