

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 2, 2007

**By Fax**

The Honorable Loretta A. Preska
United States District Judge
500 Pearl Street, Room 1320
New York, New York 10007
Fax: (212) 805-7941

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/2/07
```

    Re:    United States v. Tahir Ali Khan, et al.
            S1 07 Cr. 711 (LAP)

Dear Judge Preska:

    The Government respectfully requests that the hearing, originally scheduled for November 5, 2007, at 3:00 pm, regarding the legal representation for defendant Tahir Ali Khan be rescheduled.

    Your Honor's Chambers provided an alternate date of November 13, 2007, at 2:30 pm, for the hearing. I have spoken to counsel for Tahir Ali Khan, John J. Byrnes, and he is available at this new date and time.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____
Lisa Zornberg / Elie Honig / Meryl Lutsky
Assistant U.S. Attorneys
(212) 637-2720

cc (by fax):    Defense counsel John J. Byrnes
               Federal Defenders of New York, Inc.
               52 Duane Street, 10th fl., NY NY 10007
               Fax # (212) 571-0392

[Handwritten annotations from Judge:]
"Hearing adjourned from November 5 to November 13 at 2:30 pm. SO ORDERED. [signature] 11-2-07"

"To avoid any doubt, [defendant] is also excluded to [later date,] through Nov 13 (if he has not been [rescheduled]) in the interests of justice to accommodate the scheduling needs of the parties."