

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 15, 2007

By Fax

The Honorable Loretta A. Preska
United States District Judge
500 Pearl Street, Room 1320
New York, New York 10007
Fax: (212) 805-7941

*USDC SDNY*
*DOCUMENT*
*ELECTRONICALLY FILED*
*DOC #: _____*
*DATE FILED: 11/15/07*

Re: United States v. Tahir Ali Khan, et al.
S1 07 Cr. 711 (LAP)

Dear Judge Preska:

The parties are scheduled to appear before the Court next Monday, November 19, 2007, on the issue of whether defendant Tahir Ali Khan is eligible for appointed counsel. Without prejudice to the Government or the Court addressing this issue in the future, we write to inform the Court that, at the present time, the Government does not object to the continued representation of Khan by appointed counsel. Unless the Court wishes to hear further from the parties on this issue, we also request that the November 19 conference be cancelled.

*The November 19 conference is cancelled.*

Respectfully submitted,

SO ORDERED
*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

*November 15, 2007*

MICHAEL J. GARCIA
United States Attorney

By: _____
Lisa Zornberg / Meryl Lutsky
Assistant U.S. Attorneys
(212) 637-2720

cc by e-mail to:
John Burns, Esq. (Counsel to Tahir Ali Khan)
all other counsel